■ ANGELO FERRARI, Appellant, v NIASHER REALTY, INC., Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Negligence.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.